```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

STACY L. RUSSELL,            )
                             )
        Petitioner,           )
                             )
    v.                        )        No. 4:05 CV 2379 DDN
                             )
DAVE DORMIRE,                )
                             )
        Respondent.           )

### ORDER

In accordance with the Memorandum filed herewith,

**IT IS HEREBY ORDERED** that the petition of Stacy L. Russell for a writ of habeas corpus is dismissed with prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied. Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2254(c)(2).

/s/ David D. Noce
_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**


Signed on December 20, 2006.